## 46141. RAINES v. THE STATE.

JORDAN, Presiding Judge. This is an appeal from convictions and sentences for possessing LSD and marijuana. *Held:*

1. The trial judge properly overruled the motion to suppress the evidence obtained as a result of a search of the defendant's automobile. The statute requires a written motion stating facts wherein the search and seizure were unlawful either because (1) the search and seizure *without a warrant* was illegal, or because (2) the search and seizure *with a warrant* was illegal

on one of three stated grounds. Ga. L. 1966, pp. 567, 571 (*Code Ann.* § 27-313). Here the written motion is based on allegations of an *illegal search without a warrant,* and a seizure *with a warrant,* but there is nothing in the written motion to support a contention that the search, if made with a warrant, was illegal for any of the reasons stated in the statute. Thus in effect the defendant confined his written motion to the alleged illegal conduct of a search without a warrant. The evidence adduced on the hearing, however, clearly authorized a determination that the search itself took place with a warrant obtained after the refusal of the defendant to allow a search without a warrant.

2. The evidence supports the convictions, and the trial judge did not err in overruling the motion for new trial for any reason argued and insisted upon.

*Judgments affirmed. Quillian, J., concurs. Evans, J., concurs in the judgment.*

ARGUED APRIL 7, 1971—DECIDED MAY 18, 1971.

*Smith, Gardner, Wiggins, Geer & Brimberry, Jerry W. Brimberry,* for appellant.

*Robert W. Reynolds, District Attorney,* for appellee.